UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY et al. ,<br><br>  Plaintiffs,<br><br>  v.<br><br>PENNY ARNESON et al.,<br><br>  Defendants. | Case No. C20-1629-RSM-MLP<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES |

Defendant John Doe's "Unopposed Motion to Extend Deadlines for Response and Reply Briefs" (dkt. # 19) is GRANTED. Defendant John Doe shall file his response brief to Plaintiffs' motion for summary judgment on or before **March 15, 2021**. Plaintiffs shall file their reply brief on or before **March 19, 2021**.

The Clerk is directed to re-note Plaintiffs' motion for summary judgment (dkt. # 14) to be considered on the Court's calendar on **March 19, 2021**. The Clerk is further directed to send copies of this Order to the parties and to the Honorable Ricardo S. Martinez.

\\

\\

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES- 1

1  Dated this 5th day of March, 2021.

2

3  MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES- 2