# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALLSTATE INDEMNITY COMPANY, *et al.*,

    Plaintiffs,

v.

PENNY ARNESON, *et al.*,

    Defendants.

Case No. C20-1629-RSM-MLP

ORDER TO SHOW CAUSE

On March 25, 2021, Plaintiff Allstate Indemnity Company and Allstate Property and Casualty Insurance Company ("Plaintiffs") submitted a Notice of Settlement and Mootness ("Notice") with this Court. (Dkt. # 28.) Plaintiffs requested thirty days to allow for finalization of the settlement documents. (*Id.* at 1.) At that time, the Court terminated all pending motions and deadlines and requested the parties file a stipulation and a proposed order of dismissal within 30 days. (*See id.*) To date, neither party has filed a stipulation and proposed order of dismissal, with the Court.

Accordingly, the parties are ORDERED to submit a stipulation and proposed order of dismissal, or otherwise update this Court on the status of settlement negotiations, on or before

ORDER TO SHOW CAUSE - 1

**June 9, 2021**. The Clerk is directed to send copies of this Order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 2nd day of June, 2021.

_MJPeterson_ (signature)
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2