Douglas F. Foley, WSBA #13119
E-mail: doug.foley@dougfoleylaw.com
FOLEY SAMPSON & NICHOLES, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
*Attorneys for Plaintiff Allstate Indemnity
Company and Allstate Property and Casualty
Insurance Company*

THE HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY ARNESON, a single woman, KENNETH SWEET, a single man, TOLT HIGHLANDS PERSONAL RESIDENCE TRUST, and JOHN DOE, a single man,<br><br>Defendants. | Civil No. 2:20-cv-1629-RSM-MLP<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiffs, Allstate Indemnity Company and Allstate Property and Casualty Insurance Company by and through their attorney, Douglas F. Foley of Foley Sampson & Nicholes, PLLC, Defendants Penny Arneson and Tolt Highlands Personal Residence Trust, by and through their attorneys, Richard L. Jones of Kovac & Jones, PLLC, and, Defendant, John Doe, by and through his attorney, Gregory W. Albert of Albert Law PLLC hereby agree and stipulate that the above-captioned matter be dismissed with prejudice and without costs to any party for the reason that this matter has been fully resolved.

IT IS SO STIPULATED:

DATED: June 4, 2021                          /s/ DOUGLAS F. FOLEY
                                                                             Douglas F. Foley, WSBA #13119
                                                                             Of Attorneys for Plaintiffs


DATED: June 4, 2021                          /s/ RICHARD L. JONES
                                                                             Richard L. Jones, WSBA #12904
                                                                             Of Attorneys for Defendants Penny Arneson and Tolt Highlands Personal Residence Trust


DATED: June 4, 2021                          /S/ GREGORY W. ALBERT
                                                                             Gregory W. Albert, WSBA #42673
                                                                             Of Attorneys for Defendant, John Doe

O R D E R

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that the above captioned matter be dismissed with prejudice as to all parties.

DATED this 8th day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM:


/s/ RICHARD L. JONES
Richard L. Jones, WSBA #12904
Of Attorneys for Defendants Penny Arneson and
Tolt Highlands Personal Residence Trust


/S/ GREGORY W. ALBERT
Gregory W. Albert, WSBA #42673
Of Attorneys for Defendant, John Doe

PRESENTED BY:


/s/ DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

    Richard Llewelyn Jones
    Kovac & Jones, PLLC
    P.O. Box 1548
    Snohomish, WA  98291-1548
        *Attorneys for Defendants, Penny Arneson and Tolt Highlands Personal Residence Trust*

    Gregory W. Albert
    Albert Law PLLC
    3131 Western Ave., Ste. 410
    Seattle, WA  98121-8044
        *Attorneys for Defendant, John Doe*

    Kenneth Sweet, DOC 344976
    c/o Stafford Creek Corrections Center
    Attn:  Records
    191 Constantine Way
    Aberdeen, WA  98520
        *Pro Se Defendant*

DATED this 4th day of June, 2021.

    /s/ DOUGLAS F. FOLEY
    Douglas F. Foley, OSB #802262